UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CONNLEY DAVIDSON,**

        **Plaintiff,**

**-vs-**                                   **Case No.  6:06-cv-1674-Orl-19KRS**

**ORANGE LAKE COUNTRY CLUB,
INC., ORANGE LAKE COUNTRY
REALTY CLUB, INC.,**

        **Defendants.**

_____

## ORDER

This case comes before the Court on the following:

1. Defendants' Motion To Strike Portions Of The Declaration Of Connley Davidson (DE 68-5) (Doc. No. 71, filed Jan. 8, 2008); and

2. Plaintiff's Response To Defendants' Motion To Strike Portions Of The Declaration Of Connley Davidson (DE 68-5) With Memorandum In Support (Doc. No. 72, filed Jan. 22, 2008).

Plaintiff Connley Davidson brought this action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-19 (2006), against Defendants Orange Lake Country Club, Inc. and Orange Lake Country Realty Club, Inc.  (Doc. No. 14.)  Defendants have filed Motions for Summary Judgment that are currently pending before the Court. (Doc. Nos. 62, 63.)  Plaintiff filed a Response in Opposition to these Motions which included an undated Declaration by Plaintiff. (Doc. Nos. 68, 68-5.)

On January 8, 2008, Defendants filed a Motion to Strike portions of Plaintiff's Declaration. (Doc. No. 71.) Defendants argue, "Because the statements in [Plaintiff's] declaration that are material to [Plaintiff's] summary judgment Response are purely conclusory and lacking in specific concrete facts, and/or contradict Plaintiff's prior testimony in this case, Defendants respectfully move to strike those portions of [Plaintiff's] declaration–paragraphs 3, 4, and 6–from the summary judgment record." (*Id.* at p. 1.)

In response, Plaintiff has filed an Opposition to Defendants' Motion to Strike. (Doc. No. 72.) In this Response, Plaintiff argues that Defendants' Motion is in fact an impermissible reply brief filed without leave of the Court in violation of Local Rule 3.01(c). (*Id.* at p. 1.) Plaintiff cites several sections of Defendants' Motion that serve only to rebut Plaintiff's Opposition to Summary Judgment. (*Id.* at pp. 1-2.) Further, the portions of the Motion that actually discuss striking Plaintiff's Declaration are really arguments about the weight that should be given the Declaration in the Court's consideration of summary judgment. (*See* Doc. No. 71 at p. 8.)

Plaintiff's arguments are well taken. Defendants' purported Motion to Strike is an impermissible Reply Brief. Therefore, the Court **DENIES** Defendants' Motion and further orders that the Motion be **STRICKEN** from the record as a violation of Local Rule 3.01(c). (Doc. No. 71.)

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 23, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:
Counsel of Record