**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CONNLEY DAVIDSON,

          Plaintiff,

vs.                                                                                    CASE NO. 6:06-CV-ORL-19

ORANGE LAKE COUNTRY CLUB, INC.,
ORANGE LAKE COUNTRY REALTY CLUB,
INC.,

          Defendants.

_____

ORDER

      This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 99, filed March 26, 2008).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

      **ORDERED** that the Report and Recommendation (Doc. No. 99) is **ADOPTED and AFFIRMED.**  The Joint Motion for Dismissal with Prejudice (Doc. No. 98, filed March 24, 2008) is **GRANTED.**  The amount received by Plaintiff Connley Davidson is a fair and reasonable resolution of a bona fide dispute over FLSA issues.  The case is **DISMISSED WITH PREJUDICE**, and the Clerk of Court is directed to **CLOSE THIS CASE.**

      **DONE AND ORDERED** at Orlando, Florida, this ___9th___ day of April, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record